IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19CR00395 RLW |
| ) | |
| BRYAN G. VONDERAHE, ) | |
| ) | |
| Defendant. ) | |

RECEIVED
MAY 17 2019
U.S. District Court
Eastern District of MO

## NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the foregoing action has been commenced and is now pending in the United States District Court for the Eastern District of Missouri between the parties named above. The property whose title is at issue in that action is located at 12539 Chardin Place, Unit 3, St. Louis, Missouri 63128 being further described as:

(a) All that tract or parcel of land situate and being in St. Louis County, State of Missouri, and being more particularly described as follows: Unit 3 in Building 12539 of Chardin Place Condominiums; a condominium, according to the plat thereof recorded in Plat Book 351, Page 134 in the St. Louis County Recorder's Office, together with an undivided share of the common elements, according to and more particularly described in the Declaration of Condominium and By-Laws recorded in Book 14669, Page 637, and subsequent amendments thereto.

with all appurtenances, improvements and fixtures thereon.

The action, which is criminal action against defendant Bryan G. Vonderahe, seeks that any right, title, and interest in the property at issue be condemned and forfeited to the United States of America and as such is an action affecting the title to said property.

For further information concerning this proceeding, reference may be had to the records of the Clerk of the United States District Court for the Eastern District of Missouri, Eastern Division, St. Louis, Missouri.

Dated: May 16, 2019

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Kyle T. Bateman*
KYLE T. BATEMAN, #996646DC
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:     (314) 539-2200
Facsimile:      (314) 539-2777