| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>4:19CR00395-RLW |
|---|---|
| DEFENDANT<br>Bryan G. Vonderahe | TYPE OF PROCESS<br>Forfeiture Not Pursued |

FILED JAN 10 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS
DEC 31 AM 9:01

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>2013 Land Rover Range Rover Sport, VIN: SALSK2D45DA810700 |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | |
|---|---|---|
| Asset Forfeiture<br>Office of the U.S. Attorney<br>111 S. Tenth Street, 20th Floor<br>St. Louis, MO 63102 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
19-FBI-004275 - Return to owner. Forfeiture not pursued. Negotiate return through attorney, Matthew Radefeld, 314-725-7777.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Kyle Bateman | ☐ DEFENDANT | 314-539-7740 | 12/31/2019 |

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 44 | District to Serve<br>No. 44 | Signature of Authorized USMS Deputy or Clerk<br>C. Rongey | Date<br>12-31-2019 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | ☐ am ☐ pm |
|---|---|---|---|

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

| Service Fee<br>$65 | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges<br>$65<br>$0.00 | Advance Deposits | Amount owed to U.S. Marshal* or<br>(Amount of Refund*)<br>$65 |
|---|---|---|---|---|---|

REMARKS

1/7/2020 Asset Released To Bryan Vonderahe

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18